UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONNA ROY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-06-3614 |
| § | |
| INTERNATIONAL GUARDS, INC., § | |
| H.M. WILLIAMSON, JR., CAROLYN N. § | |
| WILLIAMSON, MICHAEL K. § | |
| CORNELL, AND GREENSPORT/SHIP § | |
| CHANNEL PARTNERS, L.P. a/k/a § | |
| GREENS PORT INDUSTRIAL PARK § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Before the Court are two motions to extend: Plaintiff and Defendants' Joint Opposed Motion to Extend Time to File Response To Greensport/Ship Channel Partners' Motion for Reconsideration (Docket No. 30), filed by Plaintiff Donna Roy and Defendants International Guards, Inc., H.M. Williamson, Jr., and Carolyn N. Williamson; and Plaintiff and Defendants' Unopposed Motion to Extend Time to File Response to Greensport/Ship Channel Partners' Motion for Reconsideration (Docket No. 31).

Having considered both motions, all responses to the Motion to Reconsideration in question are hereby due not later than November 15, 2007.

IT IS SO ORDERED.

SIGNED this 6th day of November, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE